## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Benjamin Perez, individually and on behalf of other employees similarly situated, Plaintiff v. <br><br> The Beehive Tavern & Grille and Steve Baginski, Individually, Defendants. | 16-cv-2852 |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully request that the Court dismiss all causes of action against Defendant, without prejudice.

Monday, March 07, 2016

Respectfully submitted,

**<u>s/ Susan J Best</u>**
Susan J. Best
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-445-9662
sbest@yourclg.com

One of Plaintiff's attorneys